No. 84–1432. MARTIN *v.* CRAIN ET AL. Sup. Jud. Ct. Mass. Motion of Francis X. Bellotti, Attorney General of Massachusetts, for leave to intervene granted. Certiorari denied. ■